PEARL MEARS, Respondent, *v.* METROPOLITAN LIFE INSURANCE COMPANY, Appellant.

Supreme Court, Appellate Term, First Department, November 19, 1943.

*Rowland H. Long* for appellant.

*Benjamin A. Chorosh* for respondent.

MEMORANDUM *Per Curiam.* The application was never approved by the defendant as specifically required by the receipt and such requirement was not waived by defendant. There was, accordingly, no liability on the part of the defendant.

Judgment reversed, with thirty dollars costs, and complaint dismissed on the merits, with costs.

SCHMUCK, MCLAUGHLIN and HECHT, JJ., concur.